*Ph-st9/5*

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendant Twentieth Century Fox
Film Corporation*

```
┌──────────────────────────────────┐
│  USDC SDNY                       │
│  DOCUMENT                        │
│  ELECTRONICALLY  FILED           │
│  DOC #: _____         │
│  DATE FILED: __1/2/08__          │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MICHAEL PSENICSKA,

      Plaintiff,      Case No : 07 CIV 10972 (LAP)

   -against-

                **STIPULATION
TWENTIETH CENTURY FOX FILM CORPORATION, AND ORDER**
ONE AMERICA PRODUCTIONS, INC.,
TODD LEWIS, and
SACHA BARON COHEN,

      Defendants.

------------------------------------------------------------X

   IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael

Psenicska ("Plaintiff") and defendant Twentieth Century Fox Film Corporation ("Fox"), through

their undersigned attorneys, that:

   1.  On December 3, 2007, Plaintiff filed his complaint (the "Complaint") in the this

Court.

   2.  On December 13, 2007, Fox was personally served with the Complaint. Fox is

currently required to answer, move or otherwise respond to the Complaint on or before January 2,

2008.

   3.  Pursuant to an agreement by the parties, Fox shall now have until, and including,

February 1, 2008 to answer, move or otherwise respond to the Complaint.

NWV - 027721/800007 - 1007460 v1

4    No other extensions of time have been requested or granted in this matter regarding Fox's time to respond to the Complaint

5.    A facsimile copy of the signature page of this stipulation is deemed as an original for purposes of filing and judicial endorsement.

Dated: 12/20/07

Peter M. Levine (PML 7630)
488 Madison Avenue
19th Floor
New York, NY 10022
(212) 599-0009
*Attorney for Plaintiff Michael Psenicska*

Dated: 12/20/07

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Defendant Twentieth Century Fox Film Corporation*

IT IS SO ORDERED:

U.S.D.J.

Dated: December 31, 2007