Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendants Twentieth Century Fox
Film Corporation, One America Productions, Inc. and
Todd Schulman*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
MICHAEL PSENICSKA,

                    Plaintiff,

-against-

TWENTIETH CENTURY FOX FILM CORPORATION,
ONE AMERICA PRODUCTIONS, INC.,
TODD LEWIS, and
SACHA BARON COHEN,

                    Defendants.
-------------------------------------------------------X

Case No.: 07 CIV 10972 (LAP)

**STIPULATION
AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael Psenicska ("Plaintiff") and defendants One America Productions, Inc. ("One America"), and Todd Schulman ("Schulman") (incorrectly sued herein as "Todd Lewis"), through their undersigned attorneys, that:

1. On December 3, 2007, Plaintiff filed his complaint (the "Complaint") in this Court.

2. Defendant One America was personally served with the Complaint.

3. Counsel for Schulman agreed to accept service of the Complaint on Schulman's behalf.

Jan 07 2008 6:46PM    PETER M. LEVINE              212-838-8663                    p.3

4.  Pursuant to an agreement by the parties, One America and Schulman shall now have until, and including, February 1, 2008 to answer, move or otherwise respond to the Complaint.

5.  No other extensions of time have been requested or granted in this matter regarding the time for One America and Schulman to respond to the Complaint.

6.  A facsimile copy of the signature page of this stipulation is deemed as an original for purposes of filing and judicial endorsement.

Dated: January 7, 2008

*[signature]*

Peter M. Levine (PML 7630)
488 Madison Avenue
19th Floor
New York, NY 10022
(212) 599-0009
*Attorney for Plaintiff Michael Psenicska*

Dated: 1/7/08

*[signature]*

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc. and Todd Lewis*

IT IS SO ORDERED:

*[signature]*
U.S.D.J.

Dated: January 14, 2008

2