UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MICHAEL PSENICSKA,

                Plaintiff,

-against-

TWENTIETH CENTURY FOX FILM
CORPORATION, et al.,

                Defendants.
------------------------------------X

Case No. 07 CIV 10972

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA )
                    s.s.:
COUNTY OF ORANGE )

    JOHN GONZALEZ, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 14th day of December, 2007, at approximately 4:10 p.m., deponent served a true copy of the Summons in a Civil Case, Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June upon Twentieth Century Fox Film Corporation at 2121 Avenue of the Stars, Los Angeles, California by personally delivering and leaving the same with Patrick Gilman, who informed deponent that he is authorized to accept service at that address.

    Patrick Gilman is a white male approximately 45 years of age, stands approximately 5 feet, 10 inches tall, weighs approximately 170 pounds with brown hair.

State of California, County of Orange
Subscribed & sworn to (or affirmed) Before me this 28 day of December, 2007, by JOHN GONZALEZ personally known to me to be the person who appeared before me.

JOHN GONZALEZ

NOTARY PUBLIC

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010