UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL PSENICSKA,

              Plaintiff,

Case No. 07 CIV 10972

**AFFIDAVIT OF SERVICE**

-against-

TWENTIETH CENTURY FOX FILM
CORPORATION, et al.,

              Defendants.
----------------------------------------X
STATE OF CALIFORNIA )
                  s.s.:
COUNTY OF ORANGE )

JOHN GONZALEZ, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

That on the 14th day of December, 2007, at approximately 12:05 p.m. deponent served a true copy of the Summons in a Civil Case, Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June upon One America Productions, Inc. at 421 South Beverly Drive, Beverly Hills, California by personally delivering and leaving the same with Benjamin Reder, Registered Agent, at that address.

Benjamin Reder is a white male approximately 55 years of age, stands approximately 5 feet, 8 inches tall, weighs approximately 178 pounds with gray hair.

State of California, County of Orange
Subscribed & sworn to (or affirmed) Before me this 28 day of December, 2007, by JOHN GONZALEZ, personally known to me to be the person who appeared before me.

_____
JOHN GONZALEZ

_____
NOTARY PUBLIC

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010