Dec-28-2007 02:24 From:Keating & Walker    2129645508         To:17144470334         P.4/5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MICHAEL PSENICSKA,                            Case No. 07 CIV 10972
                        Plaintiff,            <u>AFFIDAVIT OF SERVICE</u>

    -against-

TWENTIETH CENTURY FOX FILM
CORPORATION, et al.,
                        Defendants.
----------------------------------X
STATE OF CALIFORNIA )
                    s.s.:
COUNTY OF ORANGE    )

    JOHN GONZALEZ, being duly sworn deposes and says that he is over the age of eighteen, is an agent of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

    That on the 14th day of December, 2007, at approximately 12:05 p.m., deponent served a true copy of the Summons in a Civil Case, Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June upon Todd Lewis at 421 South Beverly Drive, Beverly Hills, California by personally delivering and leaving the same with Benjamin Reder, a person of suitable age and discretion at that address who stated that he was authorized to accept service on behalf of Todd Lewis. At the time of service deponent asked if Todd Lewis is in active military service for the United States or for the State in any capacity whatsoever and received a negative/~~positive~~ reply.

    Benjamin Reder is a white male approximately 55 years of age, stands approximately 5 feet, 8 inches tall, weighs approximately 178 pounds with gray hair.

    State of California, County of Orange
Subscribed & sworn to (or affirmed) Before me this 28 day of December, 2007, by JOHN GONZALEZ, personally known to me to be the person who appeared before me.

_____          _____
JOHN GONZALEZ                    NOTARY PUBLIC

SANDY M. GELNAW
Commission # 1655591
Notary Public - California
Orange County
My Comm. Expires Mar 31, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MICHAEL PSENICSKA,                          Case No. 07 CIV 10972
                        Plaintiff,          AFFIDAVIT OF SERVICE

        -against-

TWENTIETH CENTURY FOX FILM
CORPORATION, et al.,
                        Defendants.
------------------------------------------X
STATE OF NEW YORK  )
                   s.s.:
COUNTY OF NEW YORK )

   JOHN J. WALKER, being duly sworn deposes and says that he is over the age of eighteen, is an employee of KEATING & WALKER ATTORNEY SERVICE, and is not a party to this action.

   That on the 3rd day of January, 2008, in order to complete the service initiated on 14th day of December, 2007 by John Gonzalez upon the Defendant, Todd Lewis, deponent served a true copy of the the Summons in a Civil Case, Complaint, Civil Cover Sheet, Procedures for Electronic Case Filing dated March 6, 2003, Guidelines for Electronic Case Filing dated December 1, 2003 and 3rd Amended Instructions for Filing an Electronic Case or Appeal dated June 7, 2004 by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL and CONFIDENTIAL" written on the same, and not indicating on the outside that it is from an attorney, and depositing the same into an official depository maintained by the Government of the United States, County of New York and State of New York, addressed as follows:

            Todd Lewis
            One America Productions, Inc.
        c/o Benjamin Reder
            421 South Beverly Drive - 8th Floor
            Beverly Hills, California 90212

                               Sworn to before me this
                               11th day of January, 2008.


JOHN J. WALKER #847386

                               MICHAEL KEATING
                               Notary Public, State of New York
                               Reg. No. 01-KE-4851559
                               Qualified in New York County
                               Commission expires February 3, 2010