01-31-2008  03:57pm  From-HOGAN & HARTSON LLP Rm 2511       2129183100           T-239  P 002/003  F-067

Jan 28 2008 7:17PM   PETER M. LEVINE           212-838-8663           p.2

Slade R. Metcalf (SM 8360)
Jason P. Conn (JC 0581)
Laura M. Leimer (LL 4222)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendants Twentieth Century Fox
Film Corporation, One America Productions, Inc.,
Todd Schulman, and Sacha Baron Cohen*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MICHAEL PSENICSKA,

      Plaintiff,    Case No. 07 CIV 10972 (LAP)

-against-

               **STIPULATION
TWENTIETH CENTURY FOX FILM CORPORATION, AND ORDER**
ONE AMERICA PRODUCTIONS, INC.,
TODD LEWIS, and
SACHA BARON COHEN,

      Defendants.
----------------------------------------X

  IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael Psenicska ("Plaintiff") and defendants Twentieth Century Fox Film Corporation ("Fox"), One America Productions, Inc. ("One America"), Todd Schulman ("Schulman") (incorrectly sued herein as "Todd Lewis"), and Sacha Baron Cohen ("Cohen") through their undersigned attorneys, that:

  1. On December 3, 2007, Plaintiff filed his complaint (the "Complaint") in this Court.

  2. Defendants Fox and One America were personally served with the Complaint.

  3. Undersigned counsel for Cohen and Schulman agreed to accept service of the

\\\NY 0x1/s.000007 - 1071467 v1

Case 1:07-cv-10972-LAP    Document 8    Filed 02/01/2008    Page 2 of 2
01-31-2008   03:57pm   From-HOGAN & HARTSON LLP Rm 2511        2129183100           T-239  P.003/003  F-067

Jan 28 2008 7:17PM    PETER M. LEVINE               212-838-8663              p.3

Complaint on their behalf.

4. Pursuant to an agreement by the parties, Fox, One America, Schulman and Cohen shall now have until, and including, February 15, 2008 to answer, move or otherwise respond to the Complaint.

5. Fox, One America and Schulman had one other extension in this matter regarding the time for those parties to respond to the Complaint. Cohen has not had any extensions of time in this matter regarding the time to respond to the Complaint.

6. A facsimile copy of the signature page of this stipulation is deemed as an original for purposes of filing and judicial endorsement.

Dated: January 29, 2008

_____
Peter M. Levine (PML 7630)
488 Madison Avenue
19th Floor
New York, NY 10022
(212) 599-0009
*Attorney for Plaintiff Michael Psenicska*

Dated: January 28, 2008

_____
Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Laura M. Leitner (LL 4222)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Lewis, and Sacha Baron Cohen*

IT IS SO ORDERED:

_____
U.S.D.J.

Leonard B. Sand
Part I

Dated: 1/31/08

2