Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, New York 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendants Twentieth Century Fox*
*Film Corporation, One America Productions, Inc.,*
*Todd Schulman, and Sacha Baron Cohen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X

MICHAEL PSENICSKA,                                          :
                                                            :
                              Plaintiff,                    :      Case No.: 07 CIV 10972 (LAP)
                                                            :
            -against-                                       :
                                                            :
TWENTIETH CENTURY FOX FILM CORPORATION,   :      **NOTICE OF MOTION**
ONE AMERICA PRODUCTIONS, INC.,                              :
TODD LEWIS, and                                             :
SACHA BARON COHEN,                                          :
                                                            :
                              Defendants.                   :
                                                            :
--------------------------------------------------------------------X

    **PLEASE TAKE NOTICE**, that upon the annexed declarations of Joan Hansen, sworn to

the 14th day of February, 2008, and Slade R. Metcalf, sworn to the 15th day of February, 2008,

and the exhibits annexed thereto, and upon all prior papers and proceedings heretofore had

herein, the undersigned will move this Court, before the Honorable Loretta A. Preska, United

States District Judge, United States District Court, Southern District of New York, at the United

States Courthouse, Courtroom 12A, 500 Pearl Street, New York, New York 10007, at a date and

time as shall be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of

Civil Procedure, dismissing the complaint of plaintiff Michael Psenicska ("Plaintiff") with

prejudice as against defendants Twentieth Century Fox Film Corporation, One America

Productions, Inc., Todd Schulman (incorrectly sued herein as "Todd Lewis"), and Sacha Baron

Cohen in its entirety, and granting such other and further relief as this Court may deem

appropriate.  Oral argument, if any, will be on a date and at a time to be designated by the Court.

**PLEASE TAKE FURTHER NOTICE** that, opposition papers, if any, shall be served

by Plaintiffs within ten business days after service of the motion papers in accordance with Rule

6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern

Districts of New York.

Dated: February 15, 2008

Respectfully submitted,

HOGAN & HARTSON LLP

By: s/ Slade R. Metcalf
Slade R. Metcalf  (SM 8360)
Jason P. Conti (JC 0581)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, New York 10022
Tel.  (212) 918-3000
Fac.  (212) 918-3100

*Attorneys for Defendants Twentieth
Century Fox Film Corporation, One
America Productions, Inc., Todd Schulman,
and Sacha Baron Cohen*

TO:        Peter M. Levine, Esq.
           488 Madison Avenue
           19th Floor
           New York, NY 10022
           (212) 599-0009
           *Attorney for Plaintiff Michael Psenicska*

\\\NY - 027721/000007 - 1071087 v1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X

MICHAEL PSENICSKA,                                    :
                                                      :
                              Plaintiff,              :      Case No.: 07 CIV 10972 (LAP)
                                                      :
            -against-                                 :
                                                      :
TWENTIETH CENTURY FOX FILM CORPORATION,   :
ONE AMERICA PRODUCTIONS, INC.,                        :
TODD LEWIS, and                                       :
SACHA BARON COHEN,                                    :
                                                      :
                              Defendants.             :
                                                      :
----------------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

  I, Jason P. Conti, hereby certify that on February 15, 2008, I caused a true and correct copy of the Notice Of Motion**,** Defendants' Memorandum Of Law In Support Of Their Motion To Dismiss The Complaint, Declaration Of Slade R. Metcalf In Support Of Defendants' Motion To Dismiss The Complaint, Declaration Of Joan Hansen In Support Of Defendants' Motion To Dismiss The Complaint, Statement of Defendant Twentieth Century Fox Film Corporation Pursuant to Federal Rule of Civil Procedure 7.1, and Statement of Defendant One America Productions, Inc. Pursuant to Federal Rule of Civil Procedure 7.1, to be served through the Court's electronic notification system and by Federal Express overnight delivery upon:

    Peter M. Levine, Esq.
    488 Madison Avenue
    19th Floor
    New York, NY 10022
    (212) 599-0009
    *Attorney for Plaintiff Michael Psenicska*

Dated: February 15, 2008

              _____
               s/ Jason P. Conti
                JASON P. CONTI