Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendants Twentieth Century Fox*
*Film Corporation, One America Productions, Inc.,*
*Todd Schulman, and Sacha Baron Cohen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| MICHAEL PSENICSKA, | : |
| Plaintiff, | : Case No.: 07 CIV 10972 (LAP) |
| -against- | : |
| TWENTIETH CENTURY FOX FILM CORPORATION, ONE AMERICA PRODUCTIONS, INC., TODD LEWIS, and SACHA BARON COHEN, | : |
| Defendants. | : |

-----------------------------------------------------------------------X

**STATEMENT OF DEFENDANT TWENTIETH**
**CENTURY FOX FILM CORPORATION PURSUANT**
**TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Twentieth Century Fox Film Corporation ("Fox") certifies that News Corporation is the indirect, ultimate parent corporation of Fox and is publicly held.  Liberty Media Corporation, a publicly traded company, owns more than 10% of the stock in News Corporation.  Fox does not have any other corporate parents, subsidiaries or affiliates that are publicly held.

2

Dated: February 15, 2008

        Respectfully submitted,

        HOGAN & HARTSON LLP

        By: s/ Slade R. Metcalf
        Slade R. Metcalf  (SM 8360)
        Jason P. Conti (JC 0581)
        Rachel F. Strom (RS 9666)
        HOGAN & HARTSON LLP
        875 Third Avenue
        New York, New York 10022
        Tel.  (212) 918-3000
        Fac.  (212) 918-3100

        *Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, and Sacha Baron Cohen*