Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100

*Attorneys for Defendants Twentieth Century Fox*
*Film Corporation, One America Productions, Inc.,*
*Todd Schulman, and Sacha Baron Cohen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

| | |
|---|---|
| MICHAEL PSENICSKA, | : |
| | : |
| Plaintiff, | : Case No.: 07 CIV 10972 (LAP) |
| | : |
| -against- | : |
| | : |
| TWENTIETH CENTURY FOX FILM CORPORATION, | : |
| ONE AMERICA PRODUCTIONS, INC., | : |
| TODD LEWIS, and | : |
| SACHA BARON COHEN, | : |
| | : |
| Defendants. | : |
| | : |

-----------------------------------------------------------------------X

**STATEMENT OF DEFENDANT ONE AMERICA PRODUCTIONS, INC.**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for One America Productions, Inc. ("One America") certifies that One America does not have any corporate parents, subsidiaries or affiliates that are publicly held.

Dated: February 15, 2008

          Respectfully submitted,

          HOGAN & HARTSON LLP

          By: s/ Slade R. Metcalf
          Slade R. Metcalf  (SM 8360)
          Jason P. Conti (JC 0581)
          Rachel F. Strom (RS 9666)
          HOGAN & HARTSON LLP
          875 Third Avenue
          New York, New York 10022
          Tel.  (212) 918-3000
          Fac.  (212) 918-3100

          *Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, and Sacha Baron Cohen*