Feb 21 2008 6:58PM    PETER M. LEVINE          212-838-8663           p.2

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman, and Sacha Baron Cohen*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

RECEIVED
FEB 25 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S D N Y

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL PSENICSKA,

                       Plaintiff,

      -against-

TWENTIETH CENTURY FOX FILM CORPORATION,
ONE AMERICA PRODUCTIONS, INC.,
TODD LEWIS, and
SACHA BARON COHEN,

                       Defendants.
----------------------------------------------------------------X

Case No.: 07 CIV 10972 (LAP)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Michael Psenicska ("Plaintiff") and defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman (incorrectly sued herein as "Todd Lewis"), and Sacha Baron Cohen (collectively "Defendants"), through their undersigned attorneys, that:

1.    On December 3, 2007, Plaintiff filed his complaint (the "Complaint") in this Court.

2.    On February 15, 2008, Defendants served and filed a motion to dismiss the Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion to Dismiss"). Plaintiff was scheduled to oppose the Motion to Dismiss on or before March 6, 2008.

\\\\NY - 027721/000007 - 1073878 v1

3. Pursuant to an agreement by the parties, Plaintiff shall now have until, and including, April 8, 2008 to serve any Opposition to Defendants' Motion to Dismiss.

4. It is further agreed that Defendants shall have until, and including, April 29, 2008 to serve any Reply papers regarding Defendants' Motion to Dismiss.

5. A facsimile copy of the signature page of this stipulation is deemed as an original for purposes of filing and judicial endorsement.

Dated: February 21, 2008

_(signature)_

Peter M. Levine (PML 7630)
488 Madison Avenue
19th Floor
New York, NY 10022
(212) 599-0009
*Attorney for Plaintiff Michael Psenicska*

Dated: February 22, 2008

_(signature)_

Slade R. Metcalf (SM 8360)
Jason P. Conti (JC 0581)
Rachel F. Strom (RS 9666)
HOGAN & HARTSON LLP
875 Third Avenue
New York, NY 10022
(212) 918-3000
*Attorneys for Defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Lewis, And Sacha Baron Cohen*

IT IS SO ORDERED:

_(signature)_
U.S.D.J.
February 25, 2008

\\NY - 027721/000007 - 1073878 v1