Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KM 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendants Twentieth Century Fox*
*Film Corporation, One America Productions, Inc.,*
*Todd Schulman, and Sacha Baron Cohen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
MICHAEL PSENICSKA,                                  :
                                                    :
    Plaintiff,                                     :  Case No.: 07 CIV 10972 (LAP)
                                                    :
    -against-                                      :
                                                    :  **NOTICE OF APPEARANCE**
TWENTIETH CENTURY FOX FILM CORPORATION,             :
ONE AMERICA PRODUCTIONS, INC.,                      :
TODD LEWIS, and                                     :
SACHA BARON COHEN,                                  :
                                                    :
    Defendants.                                    :
                                                    :
-----------------------------------------------------------------------X

    PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter as counsel for defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman (incorrectly sued herein as "Todd Lewis") and Sacha Baron Cohen and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: April 29, 2008

                                   Respectfully submitted,

                                   HOGAN & HARTSON LLP

                                   By: s/ Katherine M. Bolger
                                   Katherine M. Bolger (KM 6206)
                                   HOGAN & HARTSON LLP
                                   875 Third Avenue
                                   New York, New York 10022
                                   Tel. (212) 918-3000
                                   Fac. (212) 918-3100
                                   *Attorneys for Defendants*

TO:   Peter M. Levine, Esq.
      488 Madison Avenue
      19th Floor
      New York, NY 10022
      (212) 599-0009
      *Attorney for Plaintiff Michael Psenicska*

**CERTIFICATE OF SERVICE**

      I, Rachel F. Strom, hereby certify that on April 29, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

      Peter M. Levine, Esq.
      488 Madison Avenue
      19th Floor
      New York, NY 10022
      (212) 599-0009
      *Attorney for Plaintiff Michael Psenicska*

Dated: April 29, 2008

                                                               s/ Rachel F. Strom
                                                         RACHEL F. STROM (RS 9666)