Slade R. Metcalf (SM 8360)
Katherine M. Bolger (KM 6206)
Rachel F. Strom (RS 9666)
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022
Telephone: (212) 918-3000
Facsimile: (212) 918-3100
*Attorneys for Defendants Twentieth Century Fox*
*Film Corporation, One America Productions, Inc.,*
*Todd Schulman, and Sacha Baron Cohen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

| | |
|---|---|
| MICHAEL PSENICSKA, | : |
| | : |
| Plaintiff, | : Case No.: 07 CIV 10972 (LAP) |
| | : |
| -against- | : |
| | : **NOTICE OF APPEARANCE** |
| TWENTIETH CENTURY FOX FILM CORPORATION, | : |
| ONE AMERICA PRODUCTIONS, INC., | : |
| TODD LEWIS, and | : |
| SACHA BARON COHEN, | : |
| | : |
| Defendants. | : |
| | : |

-----------------------------------------------------------------------X

PLEASE TAKE NOTICE that the undersigned hereby enters its appearance in this matter as counsel for defendants Twentieth Century Fox Film Corporation, One America Productions, Inc., Todd Schulman (incorrectly sued herein as "Todd Lewis") and Sacha Baron Cohen and requests that all parties serve on the undersigned copies of all papers filed in or affecting this action.

Dated: April 29, 2008

                                          Respectfully submitted,

                                          HOGAN & HARTSON LLP

                                          By: s/ Rachel F. Strom
                                          Rachel F. Strom (RS 9666)
                                          HOGAN & HARTSON LLP
                                          875 Third Avenue
                                          New York, New York 10022
                                          Tel. (212) 918-3000
                                          Fac. (212) 918-3100
                                          *Attorneys for Defendants*

\\\NY - 027721/000007 - 1082017 v1

TO:   Peter M. Levine, Esq.
      488 Madison Avenue
      19th Floor
      New York, NY 10022
      (212) 599-0009
      *Attorney for Plaintiff Michael Psenicska*

**CERTIFICATE OF SERVICE**

  I, Rachel F. Strom, hereby certify that on April 29, 2008, I caused a true and correct copy of the Notice of Appearance to be served through the Court's electronic notification system upon:

  Peter M. Levine, Esq.
  488 Madison Avenue
  19th Floor
  New York, NY 10022
  (212) 599-0009
  *Attorney for Plaintiff Michael Psenicska*

Dated:  April 29, 2008

              s/ Rachel F. Strom
             RACHEL F. STROM (RS 9666)