**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
MICHAEL PSENICSKA

                            Plaintiff,

                                                                                            07 **CIVIL** 10972 ( LAP )

-against-

TWENTIETH CENTURY FOX FILM CORPORATION, et al.

                            Defendant.
-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Peter M. Levine

☑ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: PML-7630

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: _____

    To: _____

    ☐ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☑ *Address:* 420 Lexington Avenue, Suite 2620, New York, NY 10170

☑ *Telephone Number:* 212-599-0009

☑ *Fax Number:* 212-838-8663

☑ *E-Mail Address:* chief@pmlevinelaw.com

Dated: July 16, 2008                                    /s/ Peter Levine