UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PSENICSKA,



                        Plaintiff,

                                                                           07 CIV. 10972 (LAP)

-against-

TWENTIETH CENTURY FOX FILM CORPORATION,     NOTICE OF APPEAL
ONE AMERICA PRODUCTIONS, INC.,
TODD LEWIS, and SACHA BARON COHEN,

                        Defendants.

**PLEASE TAKE NOTICE** that plaintiff, Michael Psenicska, hereby appeals to the United States Court of Appeals for the Second Circuit from the Memorandum and Order made by Loretta A. Preska, District Judge, and entered in this action on September 3, 2008.

Dated:  New York, New York
          September [ ], 2008

PETER M. LEVINE (PML-7630)
420 Lexington Avenue, Suite 2620
New York, New York 10170
212-599-0009

D. KRAUSZ AND ASSOCIATES
322 Eighth Avenue, Suite 601
New York, New York 10001
212-244-5292

ATTORNEYS FOR PLAINTIFF

TO:   Slade R. Metcalf, Esq.
       HOGAN & HARTSON LLP
       Attorneys For Defendants
       875 Third Avenue
       New York, NY 10'022

08-09-10 notice of appeal