```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/24/08
```

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MICHAEL PSENICSKA,

                Plaintiff,　　　　　　　07 CIVIL 10972(LAP)

    -against-　　　　　　　　　　　　　　**JUDGMENT**

TWENTIETH CENTURY FOX FILM CORP.,
ONE AMERICA PRODUCTIONS, INC., TODD
LEWIS SCHULMAN, and SACHA BARON COHEN,
                Defendants.
-----------------------------------------------------------X
CINDY STREIT, BEN K. MCKINNON, MICHAEL
M. JARED, LYNN S. JARED, and SARAH MOSELEY,

                Plaintiffs,　　　　　　　08 CIVIL 1571 (LAP)

    -against-

TWENTIETH CENTURY FOX FILM CORP.,
ONE AMERICA PRODUCTIONS, INC.,
SPRINGLAND FILMS, TODD LEWIS
SCHULMAN, MONICA LEVENSON, JULIE
LYNN CHOUNARD, EVERYMANS,
DUNE ENTERTAINMENT, LLC,
                Defendants.
-----------------------------------------------------------X
KATHIE MARTIN,

                Plaintiff,　　　　　　　08 CIVIL 1828 (LAP)

    -against-

LARRY CHARLES, MONICA LEVINSON, JAY
ROACH, TWENTIETH CENTURY FOX FILM CORP.,
ONE AMERICA PRODUCTIONS, INC., SPRINGLAND
FILMS, DUNE ENTERTAINMENT, LLC, MTV
NETWORKS d/b/a COMEDY CENTRAL, DAKOTA
NORTH ENTERTAINMENT, INC., FOUR BY TWO
PRODUCTIONS COMPANY, TODD SCHULMAN,
                Defendants.
-----------------------------------------------------------X

Defendants having moved to dismiss each complaint pursuant to Fed. R. Civ. P. 12(b)(6),

and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on September 3, 2008, having rendered its Memorandum and Order granting defendants' motions to dismiss, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated September 3, 2008, defendants' motions to dismiss are granted; accordingly, each case is closed and all pending motions denied as moot.

**Dated:** New York, New York
September 24, 2008

**J. MICHAEL McMAHON**
**Clerk of Court**

**BY:** _____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____